No. A–540. CARNIVAL CRUISE LINES *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES (WILLIAMS ET AL., REAL PARTIES IN INTEREST). Application to stay proceedings in the Superior Court of California, County of Los Angeles, case Nos. SOC 96347 and SOC 96301, presented to JUSTICE O'CONNOR, and by her referred to the Court, granted pending the timely filing and disposition of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this order is to terminate automatically. In the event the petition for writ of certiorari is granted, this order is to remain in effect pending the issuance of the mandate of this Court to the Court of Appeal of California, Second Appellate District, Nos. B050142 and B050255.

No. A–541. CITY OF YONKERS *v.* UNITED STATES ET AL. Application for injunction or stay of orders of the United States District Court for the Southern District of New York, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–938. IN RE DISBARMENT OF IRELAND. Disbarment entered. [For earlier order herein, see 497 U. S. 1057.]

No. D–939. IN RE DISBARMENT OF MAZZOCONE. Disbarment entered. [For earlier order herein, see *ante,* p. 917.]

No. D–941. IN RE DISBARMENT OF AUSBURN. Disbarment entered. [For earlier order herein, see *ante,* p. 917.]

No. D–942. IN RE DISBARMENT OF LOGAN. Disbarment entered. [For earlier order herein, see *ante,* p. 917.]

No. D–943. IN RE DISBARMENT OF FRASER. Disbarment entered. [For earlier order herein, see *ante,* p. 917.].

No. D–950. IN RE DISBARMENT OF BIE. Disbarment entered. [For earlier order herein, see *ante,* p. 956.]

No. D–965. IN RE DISBARMENT OF LACKEY. It is ordered that Hal I. Lackey, of Silver Spring, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–966. IN RE DISBARMENT OF THOMPSON. It is ordered that Raymond Bamidele Thompson, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue,